THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND, ) | | |
| LOCAL 25 S.E.I.U. & PARTICIPATING ) | | |
| EMPLOYERS PENSION TRUST, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | NO.07C 0362 | |
| ) | | |
| CHICAGO CONTRACT CLEANING ) | Judge Norgle | |
| AND SUPPLY CO., an Illinois Corp., ) | | |
| ) | Mag. Judge Schenkier | |
| Defendant. ) | | |
| ) | | |
| CITY OF CHICAGO, ) | | |
| ) | | |
| Citee. ) | | |

## MOTION FOR JUDGMENT ON CITEE'S ANSWER

NOW COME the Plaintiffs, LOCAL 25 S.E.I.U. WELFARE FUND, LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST, by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $211,813.38 in favor of Plaintiffs and against the Citee Defendant, CITY OF CHICAGO, pursuant to Citee's Amended Answer to Plaintiffs' Citation attached hereto as Exhibit "A", and further to order Citee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: June 17, 2009